IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 13-164 |
| ANNA MUDROVA | : | |

NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance as counsel on behalf of Anna Mudrova, in reference to the above-captioned action.

LAW OFFICES OF THOMAS D. KENNY, P.C.

By: /s/ Thomas D. Kenny_____
Thomas D. Kenny, Esquire
Attorney for Defendant
Anna Mudrova
Attorney Identification No.:77611
KMK Law Group, P.C.
1500 John F. Kennedy Boulevard
Suite 518
Philadelphia, PA 19102
(215) 423-5500
tkenny@kmklawgroup.com

Dated: April 25, 2013